2:05cr273-T

| PROB 22<br>Rev.2/88 | | DOCKET NUMBER(Tran.Ct) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED by _ll_ D.C.<br>DKTG<br><br>NOV 1 0 2005<br><br>CLARENCE MADDOX<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA.- MIAMI | 89-163-CR-KING<br>DOCKET NUMBER(Rec.Ct) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>SD/FL | DIVISION<br>MIAMI |
|---|---|---|
| WILLIE BARBER<br>257 ELIZABETH COURT<br>MONTGOMERY, ALABAMA 36117 | NAME OF SENTENCING JUDGE<br>THE HONORABLE JAMES LAWRENCE KING | |

| SD/FL PACTS No. 17704 | DATES OF PROBATION<br>SUPERVISED RELEASE | FROM<br>10/7/04 | TO<br>10/6/06 |
|---|---|---|---|

| OFFENSE |
|---|
| POSSESSION OF FIREARM BY CONVICTED FELON, 18 :922(G)(11), 18:924(a)(1)(b) and 18:924(e)(1) |

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

    **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Alabama upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 7-18-05 | _James Lawrence King_ |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

    **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida

By _Lorraine Sandelin_
Deputy Clerk
Date 11/14/05

| 8/5/2005 | |
|---|---|
| Effective Date | United States District Judge |