UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 89-163-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIE BARBER (J)
(34450-004)

    Defendant.
_____/

FILED by ___ D.C.

AUG 13 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## JUDGMENT AND COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

THIS CAUSE came before the Court at a hearing for violation of supervised release on August 19, 2003. The Court finds the defendant has violated the terms of his supervised release as set forth in the petition for violation and the defendant admits same.

IT IS HEREBY ORDERED AND ADJUDGED that the defendant's supervised release term imposed by the court is hereby revoked and the defendant is committed to the custody of the U.S. Bureau of Prisons for a term of TWENTY-ONE (21) MONTHS with credit for time served awaiting hearing. The Court makes the following recommendation to the Bureau of Prisons: That the defendant shall participate in a Mental Health and Drug Treatment Program while incarcerated.

IT IS FURTHER ORDERED AND ADJUDGED that the defendant be placed on supervised release pursuant to the Sentencing Reform Act



of 1984 for a term of TWENTY-FOUR MONTHS. As a special condition of supervised release, the defendant shall participate in a Mental Health and Drug Treatment Program as deemed necessary by the United States Probation Office.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building, Miami, Florida, this 19th day of August 2003.

JAMES LAWRENCE KING
U. S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:
Charles Duross, AUSA
Hector Flores, AFPD
Lisa Acosta, USPO
U.S. Marshal

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U. S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 11/2/05

**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 14, 2003

Mr. Clarence Maddox
Clerk/Court Administrator
United States District Court
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

FILED by _MR_ D.C.
MAG. SEC.
FEB 2 5 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Re:  USA vs. Willie Barber
    Your Case No. 99-109-CR-KING
    Our Case No. M-03-10-N

Dear Mr. Maddox:

Enclosed are certified copies of the following documents:

1. Waiver of Rule 40 Hearings
2. Commitment to Another District
3. Minutes of Proceedings
4. Copy of docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return.

Sincerely,

DEBRA P. HACKETT, CLERK

By: _____
D. Keith
Deputy Clerk

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 11/2/05

encl.
cc:  U. S. Marshal
     U. S. Attorney
     Federal Defenders' Office

AO 466 (Rev. 1/03) Waiver of Rule 40 Hearings

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

V.

_____WILLIE BARBER_____
Defendant

**WAIVER OF RULE 40 HEARINGS**
(All Criminal Cases)

JUDGE:    Vanzetta Penn McPherson

CASE NUMBER:   CR. M-03-10-N

I understand that charges are pending in the _____Southern_____ District of _____Florida_____

alleging violation of _____Supervised Release_____ and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)

taken before a United States magistrate judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;

*- Check one only -*

[ ]   **ALL CASES EXCEPT PROBATION OR SUPERVISED RELEASE:**

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

[✓]   **PROBATION OR SUPERVISED RELEASE VIOLATION CASES:**

(3) a preliminary hearing (but only if I will be kept in custody, and only to be held in this district if the violation occurred here) to determine whether there is probable cause to believe a violation occurred; and
(4) a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing and have been informed I have no right to a preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

FILED
FEB 13 2003
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

ATTEST: A True Copy.
Certified to _____ 2/14 ____, 20 03
Clerk, U.S. District Court,
Middle District of Alabama
BY _____
Deputy Clerk

_____
Defendant

_____2-13-03_____        _____
Date                                  Defense Counsel

Case 2:05-cr-00273-MHT-CSC    Document 2    Filed 11/17/2005    Page 5 of 19

COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

☒ INITIAL APPEARANCE
☐ BOND HEARING
☐ DETENTION HEARING
☐ PRELIMINARY HEARING
☒ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

DATE: 2/13/03
Digital Recording: 3:38-3:43 p.m.

PRESIDING MAG. JUDGE: Vanzetta McPherson    DEPUTY CLERK: Donna Keith
CASE NO.: CR. M-03-10-N    DEFT. NAME: Willie Barber
AUSA: J. B. Perinne    DEFT. ATTY: Jennifer Hart (this proceeding only)
Type Counsel: ( )Retained; ( ) Panel CJA;( ) Waived; ( X ) CDO
PTSO: Ron Thweatt
USPO:

Defendant _____ does __✓__ does NOT need an interpreter     FEB 13 2003
Interpreter present __✓__ NO _____ YES   Name:
                                                                CLERK
                                                                U.S. DISTRICT COURT
☐ kars.          Date of Arrest 2-13-03 or ☒ karsr40           MIDDLE DIST. OF ALA.
☒ kia.           Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
☐ kcnsl.         Deft. First Appearance with Counsel           ATTEST: A True Copy.
☐                Deft. First Appearance without Counsel        Certified to _____ 2/14, 20 03
☐                Requests appointed Counsel                    Clerk, U.S. District Court,
☐ kfinaff.       Financial Affidavit executed ☐ to be obtained by PTSO    Middle District of Alabama
☒ koapptcd.      ORDER appointing Community Defender Organization
☐ k20appt.       Panel Attorney Appointed; ☐to be appointed - prepare voucher    Deputy Clerk
☐                Deft. Advises he will retain counsel. Has retained _____
☐ kgm.           ☐Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐To be followed by
                 written motion; ☐Government's WRITTEN Motion for Detention Hrg. Filed
☐ kdmhrg.        Detention Hearing ☐held; ☐ set for _____ at _____
☐ kotempdtn.     ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ kodtn.         ORDER OF DETENTION PENDING TRIAL entered
☐ kocondrls.     Release order entered. Deft advised of conditions of release
☐ kbnd.          ☐BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
                 ☐BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☒ kloc. (LC)     Bond not executed. Deft to remain in Marshal's custody
☐ ko.            Deft. ORDERED REMOVED to originating district
☒ kwvprl.        Waiver of ☒preliminary hearing; ☒kwvr40hrg. (Waiver of R. 40 Hearing)
☐                Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☐ karr.          ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered. ☐Set for _____
                 POC DATE: _____ PRETRIAL CONFERENCE DATE:_____
                 DISCOVERY DISCLOSURE DATE: _____
☐ krmknn.        NOTICE to retained Criminal Defense Attorney handed to counsel
☐ krmvhrg.       Identity/Removal Hearing set for _____

*Deft. remanded to USM for transportation to USDC/SDFL



AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA
V.
WILLIE BARBER

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| M-03-10-N | 89-163-CR-KING | | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ Indictment   ☐ Information   ☐ Complaint   X Other (specify)  Supervised Release
charging a violation of       U.S.C. §

**DISTRICT OF OFFENSE**
Southern District of Florida

**DESCRIPTION OF CHARGES:**

Violations of Supervised Release

FILED
FEB 13 2003
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**CURRENT BOND STATUS:**
☐ Bail fixed at            and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**   ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   X No   ☐ Yes   Language:

MIDDLE DISTRICT OF ALABAMA
TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

February 13, 2003
Date

VANZETTA PENN McPHERSON, United States Judge or Magistrate Judge

**RETURN**
ATTEST: A True Copy.
Certified to _____, 20 03
Clerk, U.S. District Court,
Middle District of Alabama

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | Deputy Clerk |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

U.S. District Court
Middle District of Alabama (Montgomery)

CRIMINAL DOCKET FOR CASE #: 03-M -10-ALL

USA v. Barber  
Dkt# in other court: None

Filed: 02/13/03

Pending Counts:

NONE

Terminated Counts:

NONE

Complaints:

NONE

Pending Counts:

NONE

Terminated Counts:

NONE

Complaints:

NONE

ATTEST: A True Copy.  
Certified to _2/14_, 20 _03_  
Clerk, U.S. District Court,  
Middle District of Alabama  
BY _____  
Deputy Clerk

Docket as of February 14, 2003 2:41 pm                    Page 1

```
Proceedings include all events.
2:03m 10-ALL USA v. Barber
```

Pending Counts:

   NONE

Terminated Counts:

   NONE

Complaints:

   NONE

==========================

Case Assigned to:   Mag Judge Vanzetta P McPherson

| | |
|---|---|
| WILLIE BARBER (1)<br>    defendant | Federal Defender<br>334-834-0353 fax<br>[COR LD NTC pda]<br>Federal Defender<br>Middle District of Alabama<br>201 Monroe Street<br>1960 RSA Tower<br>Montgomery, AL 36104<br>(334) 834-2099<br>FTS 834-0353 |

Pending Counts:

   NONE

Terminated Counts:

   NONE

Complaints:

   NONE

Proceedings include all events.
2:03m 10-ALL USA v. Barber

WILLIE BARBER

        defendant

===========================

UNITED STATES OF AMERICA

        plaintiff

U. S. Attorneys:

  James B. Perrine
  334-223-7135 fax
  [COR LD NTC]
  U.S. Attorney's Office
  P.O. Box 197
  Montgomery, AL 36101-0197
  (334)223-7280
  FTS 223-7560

Proceedings include all events.
2:03m 10-ALL USA v. Barber

| Date | # | Entry |
|---|---|---|
| 2/13/03 | -- | ARREST (Rule 40) of Willie Barber (dmk) [Entry date 02/13/03] |
| 2/13/03 | -- | Initial appearance as to Willie Barber held before Mag Judge Vanzetta P. McPherson on 2/13/03 (Defendant informed of rights.) (Digital recording: 3:38-3:43) (dmk) [Entry date 02/13/03] |
| 2/13/03 | -- | ORAL ORDER as to Willie Barber, Appointing Federal Defender as Counsel for initial appearances proceedings only ( Entered by Mag Judge Vanzetta P. McPherson ) (dmk) [Entry date 02/13/03] |
| 2/13/03 | 1 | WAIVER of Rule 40 Hearings executed by Willie Barber (dmk) [Entry date 02/13/03] |
| 2/13/03 | 2 | Courtroom Deputy's Minutes as to Willie Barber : Initial appearance held before Mag. Judge McPherson (Digital recording: 3:38-3:43) (dmk) [Entry date 02/13/03] |
| 2/13/03 | -- | Removal hearing as to Willie Barber held before Mag Judge Vanzetta P. McPherson on 2/13/03 (Digital recording: 3:38-3:43) (dmk) [Entry date 02/13/03] |
| 2/13/03 | 3 | Commitment to Another District issued directing the U. S. Marshal Service to transport defendant to the Southern District of Florida as to Willie Barber (dmk) [Entry date 02/13/03] |
| 2/14/03 | -- | Rule 40 documents forwarded to USDC for Southern District of Florida as to Willie Barber (dmk) [Entry date 02/14/03] |

CLOSED

```
                         U.S. District Court
                 FLS - Southern District of Florida Miami

                   CRIMINAL DOCKET FOR CASE #: 89-CR-163
```

USA v. Barber                                                    Filed: 04/07/89
Assigned to: James Lawrence King


Dkt # in other court: None


| | |
|---|---|
| WILLIE BARBER (1) , DOB: 9/11/62 Prisoner # 34450-004; Spectrum Proper, Miami, Florida (no additional details provided) aka Willie Mas    defendant  [term 09/12/89] | Hector L. Flores FTS 530-7120 305-536-6900 15th Floor [COR LD NTC pda] Public Defender FTS 536-4559 305-530-7000 [COR LD NTC pda] William Thomas, FPD FTS 530-7120 305-536-6900 15th Floor [COR LD NTC pda] Federal Public Defender's Office 150 W Flagler Street Miami, FL 33130-1556 305-530-7000 |

Pending Counts:

   NONE

Terminated Counts:

   NONE

Complaints:

   NONE

U. S. Attorneys:

   Patrick A. White
    [term 03/11/03]
   FTS 530-7087
   [COR LD NTC]

   Lois A. Foster-Steers, AUSA
   FTS 530-6168
   305-961-9203
   [COR LD NTC]
   Charles E. Duross
   FTS 530-6168
   305-961-9358
   [COR LD NTC]
   United States Attorney's Office
   99 NE 4 Street

Proceedings include all events.
1:89CR163         USA v. Barber                                          CLOSED

```
                    Miami, FL 33132
                    305-961-9000

                    PTS Officer
                    305-808-6500
                    [COR LD NTC]
                    Pretrial Services Office
                    330 Biscayne Boulevard
                    Miami, FL 33132

                    Probation Officer
                    FTS 523-5497
                    305-523-5300
                    [COR LD NTC]
                    United States Probation Office
                    300 NE 1st Avenue
                    Room 315
                    Miami, FL 33132-2126
                    305-523-5300


--------------------------------

02/13/02 ---        ARREST of Willie Barber (ct) [Entry date 02/19/03]

10/31/02  39        COPY OF PAPER DOCKET SHEET as to Willie Barber, USA (sp)
                    [Entry date 01/13/03]

10/31/02  40        PETITION and ORDER for Action on Conditions of Supervised
                    Release as to Willie Barber : warrant to be issued (
                    Signed by Judge James Lawrence King on 10/28/02) [EOD Date:
                    1/14/03] (sp) [Entry date 01/14/03]

10/31/02  41        Supervised Release WARRANT issued as to Willie Barber . (sp)
                    [Entry date 01/14/03]

02/18/03  42        ARREST WARRANT Returned Executed as to Willie Barber on
                    2/13/03 (ct) [Entry date 02/19/03]

02/25/03  43        Rule 40 Documents as to Willie Barber received from USDC
                    Montgomery Alabama (ct) [Entry date 02/26/03]

03/05/03  44        REPORT Commencing Criminal Action as to Willie Barber  DOB:
                    9/11/62  Prisoner # 34450-004 (ct) [Entry date 03/06/03]

03/05/03  45        ORDER on Initial Appearance as to Willie Barber, a for
                    Appointment of Public Defender  Probable Cause Hearing set
                    for 10:00 3/18/03 for Willie Barber Detention hearing set
                    for 10:00 3/6/03 for Willie Barber ;   before Duty
                    Magistrate, ,  ( Signed by Judge James Lawrence King
                    on 3/4/03)  Tape # 03D-13-1900 CCAP (ct)
                    [Entry date 03/06/03]

03/06/03  46        DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                    Willie Barber (dg) [Entry date 03/07/03]

03/06/03  47        ORDER as to Willie Barber  continued Detention Hearing for
                    11:00 3/10/03 for Willie Barber   before Magistrate Stephen
                    T. Brown ( Signed by Magistrate Stephen T. Brown on
                    3/6/03) [EOD Date: 3/7/03] CCAP▯ (dg) [Entry date 03/07/03]
```

Proceedings include all events.
1:89CR163         USA v. Barber                                          CLOSED

| | | |
|---|---|---|
| 03/10/03 | --- | Detention hearing as to Willie Barber  held  before Magistrate Stephen T. Brown (dg) [Entry date 03/11/03] |
| 03/10/03 | 48 | Minutes of detention hearing held on 3/10/03  before Magistrate Stephen T. Brown as to Willie Barber ;  Court Reporter Name or Tape #: 03D-20-495 (dg) [Entry date 03/11/03] |
| 03/10/03 | 49 | ORDER as to Willie Barber Bond set to $5,000 PSB for Willie Barber. ( Signed by Magistrate Stephen T. Brown on 3/10/03) [EOD Date: 3/11/03] CCAP□ (dg) [Entry date 03/11/03] |
| 03/10/03 | --- | Temporary detention hearing as to Willie Barber  held before Magistrate Stephen T. Brown (hd) [Entry date 03/12/03] [Edit date 03/12/03] |
| 03/11/03 | 50 | NOTICE of Reassignment of US Attorney. Terminated attorney Patrick A. White for USA Added Charles E. Duross (hd) [Entry date 03/12/03] |
| 03/11/03 | 51 | TEMPORARY ORDER OF DETENTION as to Willie Barber before Magistrate Stephen T. Brown; risk of flight/danger to community ( Signed by Magistrate Stephen T. Brown on 3/10/03) Tape #03D-20-495 CCAP (hd) [Entry date 03/12/03] [Edit date 03/12/03] |
| 03/13/03 | 52 | ORDER as to Willie Barber that Federal Detention Center, Miami, shall permit entry of Spectrum House personnel to conduct evaluation to determine suitability of defendant for residential drug treatment at Spectrum House ( Signed by Judge James Lawrence King on 3/12/03) [EOD Date: 3/13/03] CCAP□ (hd) [Entry date 03/13/03] |
| 03/18/03 | 53 | WAIVER of probation probable cause by Willie Barber ( Signed by Magistrate Ted E. Bandstra on 3/18/03) [EOD Date: 3/19/03] Tape #03E24-1704 (hd) [Entry date 03/19/03] [Edit date 03/19/03] |
| 03/20/03 | 54 | AGREED-TO ORDER FOR IN-PATIENT TREATMENT as to Willie Barber. See Order for full detials. ( Signed by Magistrate Ted E. Bandstra on 3/20/03) [EOD Date: 3/21/03] CCAP□ (ct) [Entry date 03/21/03] |
| 03/28/03 | 55 | PS BOND entered by Willie Barber in Amount $5,000.00 setting Special Conditions: Comply with additional conditions: remain at Spectrum; not to be released until evaluated and accepted into Spectrum program; once in Spectrum may not leave without premission of Spectrum staff and Probation Officer; if emergency may not leave without permission of Spectrum staff Approved by Magistrate Stephen T. Brown . (hd) [Entry date 03/31/03] |
| 03/28/03 | 56 | NOTICE of Assignment of Assistant Public Defender for Willie Barber . Terminated  AFPD Hector L. Flores assigned. (hd) [Entry date 03/31/03] |
| 05/13/03 | 57 | ORDER revoking bond and that defendant be remanded into the custody of the U.S. Marshal's Service pending violation proceedings as to Willie Barber ( Signed by Judge James |

Proceedings include all events.
1:89CR163        USA v. Barber                                      CLOSED

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |
|------------|-----|--|
|            |     | Lawrence King on 5/13/03) [EOD Date: 5/14/03] CCAP▯ (dg) [Entry date 05/14/03] |
| 05/15/03   | 58  | REPORT Commencing Criminal Action as to Willie Barber DOB: 9/11/62 Prisoner # 34450-004 (gp) [Entry date 05/16/03] |
| 05/15/03   | 59  | ORDER as to Willie Barber The Court Orders a no Bond Status as to the above named defendant. Setting Probable Cause Hearing for 10:00 5/30/03 for Willie Barber before Duty Magistrate (Signed by Magistrate Judge Robert L. Dube on 5/15/03) [EOD Date: 5/16/03] CCAP▯ (gp) [Entry date 05/16/03] |
| 05/15/03   | 60  | ORDER as to Willie Barber appointing Federal Public Defender ( Signed by Magistrate Judge Robert L. Dube on 5/15/03) [EOD Date: 5/16/03] CCAP▯ (gp) [Entry date 05/16/03] |
| 05/16/03   | 61  | RETURN OF SERVICE as to Willie Barber  executed on 5/14/03 Re: Order Revoking Bond. (gp) [Entry date 05/19/03] |
| 05/30/03   | 63  | WAIVER of probable cause hearing by Willie Barber ( Signed by Magistrate Judge Robert L. Dube on 5/30/03) [EOD Date: 6/19/03]   Tape # 03H-10-29 (dg) [Entry date 06/19/03] |
| 06/18/03   | 62  | CLERK'S NOTICE OF REASSIGNMENT OF CLOSED CASE: Case reassigned  to Judge James Lawrence King for all further proceedings as to Willie Barber . (dg) [Entry date 06/19/03] |
| 07/07/03   | 64  | NOTICE of Hearing as to Willie Barber :   Setting Final Violation Hearing for 1:30 8/19/03 for Willie Barber before Judge James Lawrence King (gp) [Entry date 07/08/03] |
| 08/19/03   | 65  | Minutes of Violation held on 8/19/03  before Judge James Lawrence King as to Willie Barber ;   Court Reporter Name or Tape #: Barbara Medina (gp) [Entry date 08/20/03] |
| 08/19/03   | --- | Final Violation Hearing held as to Willie Barber  held before Judge James Lawrence King (gp) [Entry date 08/20/03] |
| 08/19/03   | 66  | JUDGMENT and COMMITMENT upon Revocation of Supervised Release It is Ordered ant Adjudged that the Defendant's supervised release term imposed by the court is hereby revoked and the defendant is committed to the custody of the US Bureau of Prisons for a term of Twenty-One (21) Months with CREDIT for TIME SERVED awaiting hearing. The Couirt makes the following recommendation to the Bureau of Prisons: That the defendant shall participate in a Mental Health and Drug Treatment Program while incarcerated. It is Further Ordered and Adjudged that the defendant be placed on supervised release pursuant to the Sentencing Reform Act of 1984 for a term of Twenty-Four Months. As a special condition of supervised release, the defendant shall participate in a Mental Health and Drug Treatment Program as deemed necessary by the US Probation Office as to Willi Barber ( Signed by Judge James Lawrence King on 8/19/03) [EOD Date: 8/20/03]   CCAP (gp) [Entry date 08/20/03] |
| 09/16/03   | 67  | NOTICE OF APPEAL by Willie Barber re: [66-1] judgment order EOD Date: 8/20/03; ;   Filing Fee: $ FEE NOT PAID Copies to |

|  |  |  |
|---|---|---|
| | | USCA, AUSA, USM, USPO and Counsel of Record. (ga) [Entry date 09/17/03] |
| 09/16/03 | 68 | MOTION by Willie Barber to proceed in forma pauperis on appeal (ga) [Entry date 09/17/03] |
| 09/25/03 | 69 | TRANSCRIPT INFORMATION FORM as to Willie Barber re: [67-1] appeal  received on 9/26/03 from Court Reporter. (Returned to Court Reporter Coordinator) (ga) [Entry date 09/26/03] |
| 09/25/03 | --- | NOTICE of Receipt of Notice of Appeal Transmittal Letter from USCA  on 9/19/03 as to Willie Barber  Re: [67-1] appeal  USCA Number: 03-14744-E (ga) [Entry date 09/29/03] |
| 10/01/03 | 70 | ORDER as to Willie Barber  denying [68-1] motion to proceed in forma pauperis on appeal as to Willie Barber (1) (Signed by Judge James Lawrence King on 10/1/03) [EOD Date: CCAP▯ (gp) [Entry date 10/02/03] |
| 10/27/03 | 71 | ORDER of limited remand from USCA (certified copy) re: [67-1] appeal  by Willie Barber  USCA Order Date: 10/21/03 (vl) [Entry date 10/27/03] |
| 11/13/03 | 72 | ORDER ON REMAND as to Willie Barber the court finds excusable neglect existed to justify defendant's untimely filing of his notice of appeal; ( Signed by Judge James Lawrence King on 11/12/03) [EOD Date: 11/14/03] CCAP▯ (vl) [Entry date 11/14/03] [Edit date 11/14/03] |
| 12/31/03 | 73 | MOTION by Willie Barber to substitute federal public defender as Attorney, for Hearing on [73-1] motion (ga) [Entry date 01/06/04] |
| 01/15/04 | 74 | ORDER as to Willie Barber  denying [73-1] motion to substitute federal public defender as Attorney, denying [73-2] motion for Hearing on [73-1] motion ( Signed by Judge James Lawrence King on 1/15/04) [EOD Date: 1/16/04] CCAP▯ (wc) [Entry date 01/16/04] |
| 02/18/04 | --- | REQUEST from U.S.C.A. dated: 2/4/04  Re: ORIGINAL FILE Complied with on: 2/18/04; attention: Gloria Powell; consisting of 1 volume of pleadings and 1 expansion folder U.S.C.A. # 03-14744-E (ga) [Entry date 02/18/04] |
| 02/26/04 | --- | ACKNOWLEDGMENT of  receipt by U.S.C.A. of: ORIGINAL FILE on 2/23/04;  U.S.C.A. # 03-14744-E (ga) [Entry date 02/26/04] |
| 07/02/04 | 75 | TRANSCRIPT filed as to Willie Barber  of probation violation hearing held 8/19/03  before Judge James Lawrence King Pages: 1-21  re: [67-1] appeal . (ga) [Entry date 07/02/04] |
| 08/16/04 | 76 | Certificate of readiness transmitted to USCA as to Willie Barber  re: [67-1] appeal  by Willie Barber  USCA # 03-14744-E (vl) [Entry date 08/16/04] |
| 08/16/04 | --- | Transmitted record on appeal to U.S. Court of Appeals (Atlanta Office-Attn: Brenda Wiegmann) consisting of (1) Volumes of Pleadings, (4) Volumes of Transcripts and (1) Sealed Envelope containing a PSI as to Willie Barber : |

Proceedings include all events.
1:89CR163         USA v. Barber                                          CLOSED

                [67-1] appeal (vl) [Entry date 08/16/04]

08/24/04 ---    ACKNOWLEDGMENT of receipt by U.S.C.A. of: certificate of
                readiness on 8/18/04; U.S.C.A. # 03-14744-E (ga)
                [Entry date 08/24/04]

03/31/05  77    MANDATE OF USCA (certified copy) as to Willie Barber  RE:
                [67-1] appeal affirming judgment/order of the district
                court Date Issued: 3/28/05 USCA Appeal #: 03-14744-EE;
                Copy to Judge. (ga) [Entry date 04/01/05]

03/31/05 ---    Record on appeal returned from U.S. Court of Appeals:
                [67-1] appeal by Willie Barber  USCA #: 03-14744-EE (ga)
                [Entry date 04/01/05]

| | | | | | (LAST, FIRST, MIDDLE) | | Case Filed | | Docket No. |
|---|---|---|---|---|---|---|---|---|---|
| | 113C | 1 | 3C26/3CBE | JUVENILE | BARBER, WILLIE | YS-3 Mas | Mo. 04 | Day 07 | Yr. 89 | 00163-EBD-1 |
| Misd. ☐ | District | Off | Disp./Sentence Judge/Magistr | ALIAS | a/k/a B̶a̶r̶b̶e̶r̶, Willie J̶a̶m̶e̶s̶ | | No. of Def's | U.S. MAG CASE NO | 89-2402-PAT |
| Felony ☒ | | | | OFFENSE ON INDEX CARD | Firearms Violation | | 1 | | |

**I. CHARGES**

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18:922(g)(1)& 924(a)(1)(B)& 924(e)(1) | Poss of firearm by convicted felon | 1 |

SUPERSEDING COUNTS

**II. KEY DATE**

| INTERVAL ONE | | END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) | | END INTERVAL TWO |
|---|---|---|---|---|
| KEY DATE 3/24/89 EARLIEST OF | ☒ arrest ☐ sum'ns ☐ custody ☐ appears-on complaint | KEY DATE 4/7/89 APPLICABLE | ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony W/waiver | KEY DATE | a) ☐ 1st appears on pending charge /R40 b) ☐ Receive file R20/21 c) ☐ Supsdg: ☐ Indt ☐ Inf d) ☐ Order New trial e) ☐ Remand f) ☐ G/P Withdrawn | KEY DATE APPLICABLE | ☐ Dismissal Pled ☐ guilty ☐ After N.G. ☐ Nolo ☐ After Nolo ☐ Trial ☐ Jury ☐ N.J. |

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on gov't motion |

**III. MAGISTRATE**

| | | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|---|
| Search Warrant | Issued Return | | | INITIAL APPEARANCE DATE ▶ | | | ☐ DISMISSED |
| Summons | Issued Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ▶ Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Arrest Warrant Issued | | 3/23/89 | PRP 3/CAB | ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT | Tape Number | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| COMPLAINT ▶ | | 3/23/89 | PRP 3/CAB | | | | |

| Date of Arrest | OFFENSE (In Complaint) |
|---|---|
| 3/24/89 | Convicted Felon in poss of Firearm 18:922(g)(1), 924(e)(1) |

Show last names and suffix numbers of other defendants on same indictment/information:

| | | RULE | ☐ ☐ ☐ ☐ |
|---|---|---|---|
| ATTORNEYS U.S. Attorney or Asst. | 12025/ CAT I/P | 20 21 40 In Out | |

ALLAN J. SULLIVAN

Defense: 1 ☐ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☒ PD.  7 ☐ CD

**BAIL • RELEASE**

**PRE-INDICTMENT**

| Release Date | |
|---|---|
| Bail ☐ Denied | ☐ Fugitive ☐ Pers. Rec. |
| AMOUNT SET $ 250,000 | ☐ PSA Conditions |
| Date Set 3/24/89 | ☐ 10% Dep. ☒ Surety Bnd |
| ☐ Bail Not Made | ☐ Collateral |
| Date Bond Made | ☐ 3rd Prty ☐ Other |

**POST-INDICTMENT**

| Release Date | |
|---|---|
| Bail ☐ Denied | ☐ Fugitive ☐ Pers. Rec. |
| AMOUNT SET $ | ☐ PSA Conditions |
| Date Set | ☐ 10% Dep. ☐ Surety Bnd |
| ☐ Bail Not Made | ☐ Collateral |
| Date Bond Made | ☐ 3rd Prty ☐ Other |

**IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.**

| FINE AND RESTITUTION PAYMENTS | | | ☒ Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
| | | | | | |

**APPEALS FEE PAYMENTS**

| DATE DOCUMENT NO | V. | Docket No | Def. | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE ___ OF ___ | VI EXCLUDABLE DELAY Start Date End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|---|---|
| | | 89-00163-CR-EBD | | | | | | |

V. PROCEEDINGS Barber

| Date | # | Proceeding | Code |
|---|---|---|---|
| 3/23/89 | a | COMPLAINT FILED. | ai |
| 3/23/89 | b | ARREST WARRANT issued - bd set at $250,000 Corp Sur or as mod by Judicial Officer, by mag Palermo. | ai |
| 03-24-89 | c | REPORT commencing criminal action. #34450-004. DOB 9/11/62. | eg |
| 03-24-89 | d | ARREST warrant ret'd exec 3/24/89. | eg |
| 03-24-89 | e | ORDER (PRP) & ADVICE. Prelm/arr 4/3/89; FPD appt'd; Bond set @ $250,000 CSB w/nebbia (No bond hrg held) Tape #89C-31-1735. | eg |

1989

| Date | # | Proceeding | Code |
|---|---|---|---|
| APR 7 | 1 | INDICTMENT retd at Miami, FL. | cah |
| 18 | 2 | ARRAIGN on 4/11/89, plea of N/G entered, tape 89B 30-910. | cah |
| 18 | 3 | ORDER (LRJ 4/3/89) That arraignment is set 4/11/89 @ 10:00 a.m. Tape 89D-60-535 & 61-476. (EOD 4/24/89-CCAP). | cah |
| 18 | 4 | SDO (WCT 4/11/89) 28 days to file mots. | cah |
| 18 | 5 | ORDER (LRJ 4/3/89) On prel hrg on local complt. Tape 89D-60-535 & 61-476 (EOD 4/24/89-CCAP). | cah |
| 24 | 6 | GOVT'S resp to SDO. | cah |
| MAY 10 | 7 | NOTICE of trial set for 2-wk pd commencing 5/30/89 & cal call for 5/16/89 @ 2:00 p.m. | vfr |
| 11 | 8 | MOTION to suppr physical evidence. | vfr |
| 26 | 9 | GOVT. RESPONSE to m/supress physical evidence | njf |
| 26 | 10 | GOVT. UNOPPOSED m/cont. of trial | njf |
| Jun 13 | 11 | PROPOSED Voir Dire questions. | dmt |
| 15 | 12 | ORDER(JLK-FOR-EBD-6/14/89)THAT case is set for trial to comm on 6/19/89 at 9:30 am before Judge James Lawrence King. (EOD-6/16/89-CCAP) | njf |
| 19 | 13 | PROPOSED Jury instructions | njf |
| 19 | 14 | MOTION to strike prejudicial surplusage | njf |
| 26 | 15 | TRANSCRIPT of prel hrg before Mag Johnson on 4/3/89, pgs 2-16. | dmt |
| July 15 | 16 | NOTICE of sent comm on 9/1/89 at 1:30 pm | njf |
| 15 | 17 | STIPULATION (JLK-FOR EBD-6/20/89)PERMITTING w/drawal of exhs | njf |
| June*19 | 18 | MINUTES of jury trial comm on 6/19/89 & cont to 6/20/89 | njf |
| *20 | 19 | MINUTES of jury trial cont on 6/20/89 | njf |
| *19 | 20 | RECEIPT for exhs | njf |
| *20 | 21 | JURY Instructions | njf |
| *20 | 22 | VERDICT guilty as to ct 1 | njf |
| *20 | 23 | STIPULATION | njf |
| *20 | 24 | STIPULATION | njf |
| 24 | 25 | CJA 24(LRJ-6/20/89)AUTH to pay amt $40.00 for transc. VO# 34230 (EOD-8/1/89-CCAP) | njf |
| *23 | 26 | OBJECTIONS to psi | njf |
| Sept 12 | 27 | MINUTES of sent on 9/5/89 | njf |
| 12 | 28 | J&C (JLK-FOR-EBD-9/12/89) IMPR 180 mo(s) & 3 yrs supervised release as to ct 1. ASSESSED $50.00. (EOD-9/18/89-CCAP-M) 9S-3 | njf |
| 28 | 29 | NOTICE OF APPEAL by deft from J&C entered 9/12/89 (Copies to USCA, AUSA, USM, USPD & Appellants Atty) (No Fee Required) | mcg |
| Oct 17 | -- | ACKNOWLEDGE receipt of NOA in USCA on 10/4/89. (USCA-#89-6052) | njf |
| 30 | 30 | TRANSCRIPT of trial on 6/19/89, Vol I, pgs 1-66. | dmt |
| 30 | 31 | TRANSCRIPT of trial on 6/20/89, Vol 2, pgs 67-96. | dmt |
| Dec 11 | -- | RECORD ON APPEAL trnsmt'd to USCA 1 vol plds 1 vol trnsc 1 seal envl | pv |
| *NOV 30 | 32 | CJA24(JLK 11/21/89) auth pay for transcr amt $192.00 #37399 (EOD 12/20/89) | hr |

(CONT'D) CONTINUED TO PAGE ___

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U. S. vs BARBER, WILLIE           89-00163-EBD
AO 256A                                            Yr.  Docket No.  Def.

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|---|
| **1990** | | | |
| Jan 12 | -- | USCA ack receipt of ROA (USCA #89-6052) (1 vol pldgs, 3 vols transc, & 1 sealed envelope). | cs |
| Aug 16 | 33 | MANDATE (USCA-8/13/90) AFFIRMING jdmt of Dist Court w/opinion (USCA #89-6052), (4 vols ROA & 1 sealed envelope exhs retd) (cy to Judge). | cs |
| **1991** | | | |
| Sept 13 | 34 | APPLICATION to proceed without prepayment of costs & aff in supp | lel |
| **1993** | | | |
| JUL 2 | 35 | MOTION to correct an illegal sent. | ddg |
| DEC 10 | 36 | MOTION to correct an illegal sent. | ddg |
| **1994** | | | |
| JAN 28 | 37 | GOVT'S RESPONSE to M/correct illegal sent. | ddg |
| FEB 7 | 38 | OBJECTIONS to Govt's M/dism Rule 35 mot. | ddg |

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ 11/2/05
Date _____ Deputy Clerk

This Docket Sheet Has Been Scanned as Docket Entry No. 39.

Interval (per Section III)    Start Date  End Date    Ltr. Code    Total Days