


**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

RECEIVED
CLARENCE MADDOX
CLERK OF COURT 2005 NOV 29 A 9:28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

November 22, 2005

United States District Court
Middle District of Alabama
PO Box 711
Montgomery, AL 36101-0180

2:05 Cr 273-T

RE:   U.S.A. v Willie Barber
      Case No. 89-cr-163-King

Dear Sir:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been transferred to your court. In compliance with the Transfer of Jurisdiction the following items are being forwarded herewith:

- (1) original form PROB 22 Transfer of Jurisdiction
- (1) certified copy of the Rule 40 documents
- (1) certified copy of the J&C
- (1) certified copy of the docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by: *Lorraine Sandelin*
Lorraine Sandelin
Deputy Clerk

Encl.

79  80
    1K
  1K

---

| □301 N. Miami Avenue | □299 E. Broward Boulevard | □701 Clematis Street | □301 Simonton Street | □300 S. Sixth Street |
|---|---|---|---|---|
| Room 150 | Room 108 | Room 402 | Room 130 | Ft. Pierce, FL 34950 |
| Miami, FL 33128 | Ft. Lauderdale, FL 33301 | W. Palm Beach, FL 33401 | Key West, FL 33040 | 772-595-9691 |
| 305-523-5100 | 954-769-5400 | 561-803-3400 | 305-295-8100 | |

AO 245 S (5/88) Sheet 1 - Judgment Including Sentence Under the Sentencing Reform Act

# United States District Court

__SOUTHERN__ District of __FLORIDA__

FILED by ___ D.C.
SEP 12 1989
ROBERT M. ___
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA
V.
WILLIE BARBER

(Name of Defendant)

**JUDGMENT INCLUDING SENTENCE UNDER THE SENTENCING REFORM ACT**

Case Number  89-163-CR-DAVIS (King)

John Weinberg, AFPD
Defendant's Attorney

THE DEFENDANT:

☐ pleaded guilty to count(s) _____
☒ was found guilty on count(s) __One_____ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18:922(g)(1)<br>18:924(a)(1)(b)<br>18:924(e)(1) | Possession of firearm by convicted felon | One |

The defendant is sentenced as provided in pages 2 through _____ of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____ and is discharged as to such count(s).
☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.
☐ The mandatory special assessment is included in the portion of this Judgment that imposes a fine.
☐ It is ordered that the defendant shall pay to the United States a special assessment of $_____, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec. Number:
Unknown

Defendant's mailing address:

MICROFILM
SEP 13 1989
SOUTHERN DISTRICT
MIAMI

Defendant's residence address:
In custody

September 5, 1989
Date of Imposition of Sentence

JAMES LAWRENCE KING

JAMES LAWRENCE KING, Chief Judge
Name & Title of Judicial Officer

September 12, 1989
Date

AO 245 S (3/88) Sheet 2 - Imprisonm

Defendant: WILLIE BARBER
Case Number: 89-163-CR-DAVIS (King)

Judgment—Page _____ of _____

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of __ONE HUNDRED EIGHTY (180) MONTHS__.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district,

☐ at _____ a.m. / p.m. on _____.

☐ as notified by the Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

☐ before 2 p.m. on _____.
☐ as notified by the United States Marshal.
☐ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

Judgment—Page _____ of _____

Defendant: WILLIE BARBER
Case Number: 89-163-CR-DAVIS (King)

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1) The defendant shall not commit another Federal, state or local crime;

2) the defendant shall not leave the judicial district without the permission of the court or probation officer;

3) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5) the defendant shall support his or her dependents and meet other family responsibilities;

6) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7) the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;

8) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

10) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

13) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.

Judgment—Page _____ of _____

Defendant: WILLIE BARBER
Case Number: 89-163-CR-DAVIS (King)

## FINE WITH SPECIAL ASSESSMENT

    The defendant shall pay to the United States the sum of $ _____ , consisting of a fine of $ _____ and a special assessment of $ __50.00_____ .

☐ These amounts are the totals of the fines and assessments imposed on individual counts, as follows:

    No fine imposed.

This sum shall be paid ☐ immediately.
                          ☐ as follows:

☐ The Court has determined that the defendant does not have the ability to pay interest. It is ordered that:

    ☐ The interest requirement is waived.
    ☐ The interest requirement is modified as follows:

Judgment—Page _____ of _____

Defendant: WILLIE BARBER
Case Number: 89-163-CR-DAVIS (King)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of _____
THREE (3) YEARS

While on supervised release, the defendant shall not commit another Federal, state, or local crime and shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

☐ The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk.
U.S. District Court
Southern District of Florida
By _____
Deputy Clerk
Date 11/21/05

RECEIVED
2005 NOV 29 A 9:28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

AJS:aw

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO. 89-0163-CR-DAVIS

18 USC 922(g)(1)
18 USC 924(a)(1)(B)
18 USC 924(e)(1)

MAGISTRATE
JOHNSON

UNITED STATES OF AMERICA

v.

WILLIE BARBER,
a/k/a Willie Mas
_____/

INDICTMENT

The Grand Jury charges that:

On or about January 5, 1989, at Miami, Dade County, in the Southern District of Florida, the defendant,

WILLIE BARBER,
a/k/a Willie Mas,

having been convicted of crimes punishable by imprisonment for a term exceeding one year, that is: in the Circuit Court of the Eleventh Judicial Circuit, in and for Dade County, Florida, in criminal case numbers 81-6418, of the offense of Robbery; and 79-17785A, 79-6208, 80-23675, 81-10032 and 84-29295 of the offense of Burglary, did knowingly possess a firearm in and affecting commerce, to wit: a Smith and Wesson .45 caliber



pistol, serial number TAN7364, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(1)(B) and 924(e)(1).

A TRUE BILL

                                                                    _Marilyn L. Gulesia_
                                                                    FOREPERSON

_[signature]_
DEXTER W. LEHTINEN
UNITED STATES ATTORNEY

> Certified to be a true and correct copy of the document on file
> Clarence Maddox, Clerk,
> U.S. District Court
> Southern District of Florida
> By _[signature]_
> Deputy Clerk
> Date 11/21/05

-2-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO._____

UNITED STATES OF AMERICA )
v. )
)   ESTIMATED TRIAL TIME
WILLIE BARBER, a/k/a Willie Mas )
)
_____)

### CERTIFICATE OF TRIAL ATTORNEY

I do hereby certify:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the indictment/information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. This case will take __2__ days for the parties to try.

4. (Check the appropriate category)

   ____X____   I     0 to 5 days
   _____   II    6 to 10 days
   _____   III   11 to 20 days
   _____   IV    21 to 60 days
   _____   V     61 days and over

5. Has this case been previously filed in this Court?___NO___(Yes or No)
   If yes, Judge:_____ (Attach copy of
   Case No:_____ dispositive order)

6. This case originated in the U.S. Attorney's office prior to August 16, 1985 ___NO___ (Yes or No)

_____
ALLAN J. SULLIVAN
ASSISTANT UNITED STATES ATTORNEY