≈Prob 12C
(Rev. 1/05)

# UNITED STATES DISTRICT COURT

for

# MIDDLE DISTRICT OF ALABAMA

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender:   Willie Barber   Case Number:   2:05CR273-T

Name of Sentencing Judicial Officer:  Honorable James Lawrence King, U.S. District Judge (SD/FL)

Date of Original Sentence:   September 5, 1989

Original Offense: Possession of firearm by convicted felon

Original Sentence: 180 months custody of BOP followed by 36 months supervised release; revoked-8-19-03(21 months custody, 24 months supervised release)

Type of Supervision:   Supervised Release   Date Supervision:   October 7, 2004

Assistant U.S. Attorney:   U. S. Attorney   Defense Attorney: Federal Defenders

**PETITIONING THE COURT**

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Violation 1,** "The defendant shall not illegally possess a controlled substance." | On April 18, 2006, Barber submitted to a drug screen which tested positive for cocaine and marijuana. |
| **Violation 2,** " The defendant shall participate in a Drug Treatment Program." | On April 25, 2006, Barber was to begin his individual sessions at CAP and failed to report on this date and as well as May 2, 2006. |
| **Violation 3,** "The defendant shall not illegally possess a controlled substance." | On May 31, 2006, Barber submitted to a drug screen which tested positive for cocaine and marijuana. Barber admitted to smoking marijuana laced with cocaine on May 29, 2006. |

✎Prob 12C
(Rev. 1/05)

U.S. Probation Officer Recommendation:

☐ The term of supervision should be

☒ revoked.

☐ extended for ___ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        June 2, 2006

/s/ Kevin Pool
U.S. Probation Officer


APPROVED:

/s/ Scott Wright
Supervisory U. S. Probation Officer

THE COURT ORDERS:

☐ No action.

☐ The issuance of a warrant.

☒ The issuance of a summons.

☐ Other

X -- It is further ORDERED that a hearing is set for June 22, 2006, at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

/s/ Myron H. Thompson
Signature of Judicial Officer

June 6, 2006
Date