IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr273-MHT |
| **WILLIE BARBER** | ) | |

### ORDER

It is ORDERED that the revocation hearing, now set for June 22, 2006, is reset for July 6, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 16th day of June, 2006.

                                      /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE