IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | Case No.: 2:05cr273-MHT |
| ) | |
| **WILLIE BARBER** ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of the Defendant, Willie Barber, in the above-styled case.

Dated this 21st day of June 2006.

                                                Respectfully submitted,

                                                s/Jennifer A. Hart
                                                **JENNIFER A. HART**
                                                FEDERAL DEFENDERS
                                                MIDDLE DISTRICT OF ALABAMA
                                                201 Monroe Street, Suite 407
                                                Montgomery, AL 36104
                                                Phone: (334) 834-2099
                                                Fax: (334) 834-0353
                                                jennifer_hart@fd.org
                                                AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Louis V. Franklin, Sr., Assistant United States Attorney.

        Respectfully submitted,

        s/Jennifer A. Hart
        **JENNIFER A. HART**
        FEDERAL DEFENDERS
        MIDDLE DISTRICT OF ALABAMA
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        jennifer_hart@fd.org
        AL Bar Code: HAR189