# <u>MINUTES</u>

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. <u>MYRON H. THOMPSON,</u> JUDGE          AT MONTGOMERY  ALABAMA

DATE COMMENCED <u>July 6, 2006</u>          AT  10:03   A.M./P.M.

DATE COMPLETED <u>July 6, 2006</u>          AT  10:22   A.M./P.M.

UNITED STATES OF AMERICA                 Criminal Action
                                         2:05cr273-MHT

   vs.

WILLIE BARBER

---

| <u>PLAINTIFF/GOVERNMENT</u> | APPEARANCES | <u>DEFENDANT(S)</u> |
|---|---|---|
| AUSA A. Clarke Morris | X | Atty Jennifer Hart |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

<u>COURT OFFICIALS PRESENT:</u>

| Anthony Green, | David Sapp, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

---

<u>PROCEEDINGS:</u>

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:  Revocation Hearing

| 10:03 a.m. | Revocation hearing commenced. Defendant desires to enter guilty plea to all charges. Oral plea agreement stated on the record. Probation agrees with agreement. Court does not accept plea agreement. Court directs parties to submit another sentencing proposal addressing defendant's drug problem, with an extensive residential drug treatment program followed by a period of supervised release. Hearing continued. Order to issue. |
|---|---|
| 10:22 a.m. | Hearing concluded. |