IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr273-MHT |
| WILLIE BARBER | ) | |

ORDER

The court having rejected the proposed plea agreement and the court being of the opinion that defendant Willie Barber would benefit more from intensive, in-patient drug treatment followed by additional supervision, than from mere confinement for six months, it is ORDERED that the revocation hearing for defendant Barber is continued until August 2, 2006, at 10:00 a.m. at the Frank M. Johnson Courthouse complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 6th day of July, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE