IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
     v.                     )   CRIMINAL ACTION NO.
                            )      2:05cr273-MHT
WILLIE BARBER               )
```

### ORDER

Understanding that counsel for defendant Willie Barber is ill, it is ORDERED that the revocation hearing for defendant Barber, now set for August 2, 2006, is continued until August 4, 2006, at 2:00 p.m. at the Frank M. Johnson Courthouse complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 1st day of August, 2006.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE