# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE         AT MONTGOMERY   ALABAMA

DATE COMMENCED   August 4, 2006           AT  2:43   A.M./P.M.

DATE COMPLETED   August 4, 2006           AT  2:46   A.M./P.M.

UNITED STATES OF AMERICA                  Criminal Action
                                          2:05cr273-MHT
        vs.

WILLIE BARBER

---

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Verne Speirs | X | Atty Jennifer Hart |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | David Sapp, | Risa Entrekin, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

---

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:    Revocation Hearing (Continuation)

2:43 p.m.                 Revocation hearing continues. Defendant's
                          counsel statements regarding defendant's
                          absence. Court directs bench warrant be
                          issued for defendant.
2:46 a.m.                 Hearing concluded.