IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr273-MHT |
| WILLIE BARBER | ) | |

ORDER

It is ORDERED that the revocation hearing for defendant Willie Barber shall resume on October 12, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 28th day of September, 2006.

  /s/ Myron H. Thompson
 UNITED STATES DISTRICT JUDGE