# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY ALABAMA

DATE COMMENCED  October 12, 2006          AT  2:08   A.M./P.M.

DATE COMPLETED  October 12, 2006          AT  2:42   A.M./P.M.

UNITED STATES OF AMERICA                  Criminal Action
                                          2:05-cr-273-MHT
        VS.

WILLIE BARBER

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA A. Clark Morris | X | Atty Jennifer Hart |
| | X | |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green | Danielle Goldstein, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:        REVOCATION HEARING

2:08 p.m.            Revocation hearing commenced. Government's
                     summary of case. Probation recommends that
                     supervision be revoked.  Government
                     recommends that supervision be revoked.
                     Defendant's treatment needs discussed. Court
                     directs clerk to file and seal psychological
                     report. Defendant indicates that he desires
                     to enter a guilty plea. Court finds defendant
                     competent to enter guilty plea.
                     Terms of oral plea agreement stated on
                     the record. Probation concurs with plea
                     agreement. Defendant advised of rights,
                     charges, and limits of punishment. Factual
                     basis for plea
                     established.  Guilty plea entered. Guilty
                     plea accepted.  Defendant adjudicated guilty.
                     Supervision is REVOKED; Sentence imposed.
2:42 p.m.            Hearing concluded.